■ In the Matter of FRED REAM, Respondent, v STATE OF NEW YORK, Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Court of Claims, Ne-Moyer, J. (Appeal from Order of Court of Claims, NeMoyer, J. —Late Notice of Claim.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.